# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| | | | |
|---|---|---|---|
| Case No. | CR15-255 PA | Date | March 24, 2016 |
| Present: The Honorable | PERCY ANDERSON | | |
| Interpreter | N/A | | |

| Stephen Montes Kerr | Shayna Montgomery | Brandon D. Fox<br>Lizbeth A. Rhodes<br>Eddie A. Jauregui |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (1) Paul Tanaka | X | | X | Harry Dean Steward<br>Jerome J. Haig | X<br>X | | X<br>X |

\_\_\_\_ Day <u>COURT TRIAL</u>    2nd Day <u>JURY TRIAL</u>    \_\_\_\_ Death Penalty Phase

\_\_\_\_ One day trial;    \_\_\_\_ Begun (1st day);    X   Held & continued;    \_\_\_\_ Completed by jury verdict/submitted to court.

X   The Jury is impaneled and sworn.

X   Opening statements made by    Government and defendant

\_\_\_\_ Witnesses called, sworn and testified.

\_\_\_\_ Exhibits identified    \_\_\_\_ Exhibits admitted

\_\_\_\_ Government rests.    \_\_\_\_ Defendant(s) _____ rest.

\_\_\_\_ Motion for mistrial by _____ is \_\_\_\_ granted \_\_\_\_ denied \_\_\_\_ submitted

\_\_\_\_ Motion for judgment of acquittal (FRCrP 29) is \_\_\_\_ granted \_\_\_\_ denied \_\_\_\_ submitted

\_\_\_\_ Closing arguments made    \_\_\_\_ Court instructs jury    \_\_\_\_ Bailiff sworn

\_\_\_\_ Alternates excused    \_\_\_\_ Jury retires to deliberate    \_\_\_\_ Jury resumes deliberations

\_\_\_\_ Finding by Court as follows:    \_\_\_\_ Jury Verdict as follows:

Dft # \_\_\_\_ Guilty on count(s) \_\_\_\_    \_\_\_\_ Not Guilty on count(s) \_\_\_\_

\_\_\_\_ Jury polled    \_\_\_\_ Polling waived

\_\_\_\_ Filed Witness & Exhibit lists    \_\_\_\_ Filed Jury notes    \_\_\_\_ Filed Jury Instructions    \_\_\_\_ Filed Jury Verdict

Dft # \_\_\_\_ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

Dft # \_\_\_\_ remanded to custody.    Remand/Release# \_\_\_\_ issd.    Dft # \_\_\_\_ released from custody.

\_\_\_\_ Bond exonerated as to Dft # \_\_\_\_

X   Case continued to   3/25/2016 at 8:00 a.m.   for further trial/further jury deliberation.

X   Other:   Court orders that a portion of the transcript be sealed.

                                                                                     5  :  50
                                                    Initials of Deputy Clerk    SMO