| Case Number | CR15-255 PA | | Title | United States of America v. Paul Tanaka |
|---|---|---|---|---|
| Judge | PERCY ANDERSON, U.S. DISTRICT COURT JUDGE | | | |
| Dates of Trial or Hearing | 3/23/2016; 3/24/16; 3/25/16; 3/29/16; 3/30/16; 4/1/16; 4/5/16; 3/31/16; 4/4/16; 4/6/16 | | | |
| Court Reporters or Tape No. | Shayna Montgomery | | | |
| Deputy Clerks | Stephen Montes Kerr | | | |

**FILED**
CLERK, U.S. DISTRICT COURT
APR – 6 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Brandon Fox, AUSA | Harry Dean Steward, Rtnd. |
| Lizabeth A. Rhodes, AUSA | Jerome J. Haig, Rtnd. |
| Eddie A. Jauregui, AUSA | |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | WIT ALFRED GONZALES 3-25-16 | π |
| | | | | | | WIT JOHN CLARK | π |
| | | | | | | WIT STEVEN ROLLER | π |
| | | | | | | WIT PATRICK EDWARD MAXWELL | π |
| | | | 311 | ✓ | ✓ | POE – COMPLAINT | |
| | | | | | | WIT ROBERT OLMSTED | π |
| | | | | | | WIT PETER ELIASBERG | π |
| | | | | | | WIT ROBERT BAYES | π |
| | | | | | | WIT MICKEY MANZO 3-29-16 | π |
| | | | | | | WIT DAVID DAHLE | π |
| | | | | | | WIT JUDY GERHARDT | π |
| | | | | | | " 3-30-16 | π |
| | | | | | | WIT MICHELE MILLER " | π |
| | | | | | | WIT LINDA K. FARRAR " | π |
| | | | | | | WIT TARA ADAMS " | π |
| | | | | | | WIT GASAT ACADEMIA " | π |
| | | | | | | WIT KATHRYN VOYER " | π |
| | | | | | | WIT RALPH GABRIEL ORNELAS " | π |
| | | | | | | WIT JOHN POWELL " | π |
| | | | | | | WIT MICHAEL BORNMAN " | π |
| | | | | | | WIT WILLIAM DAVID COURSON 3-31-16 | π |

G-65 (03/07)          LIST OF EXHIBITS AND WITNESSES          Page 1 of 5

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### LIST OF EXHIBITS AND WITNESS - CONTINUED

Case No.  CR15-255 PA          Title:  USA v. Paul Tanaka

| Plaintiff(s) | | | Defendant(s) | | | Exhibit Description / Witness | Called By |
|---|---|---|---|---|---|---|---|
| Ex. # | Id. | Ev. | Ex. # | Id. | Ev. | | |
| | | | | | | WIT GILBERT MICHEL 3-31-16 | π |
| | | | | | | WIT JOHN TORRIBIO " | π |
| | | | | | | WIT DAVID RAY BETKEY " | π |
| | | | | | | WIT LEAH TANNER " | π |
| | | | | | | " 4-1-16 | π |
| | | | | | | WIT JOE ROCK " | π |
| | | | | | | WIT RUBEN MARTINEZ " | π |
| | | | | | | WIT/Δ PAUL TANAKA " | Δ |
| | | | | | | " 4-4-16 | Δ |
| | | | | | | WIT CHARLOTTE LYNN LYNCH " | Δ |
| | | | | | | WIT CHARLES ANTUNA " | Δ |
| | | | | | | WIT HELEN HAYASE " | Δ |
| | | | | | | WIT ANDRE BIROTTE, JR " | Δ |
| | | | | | | WIT DAVID LEAL " | Δ |
| | | | | | | WIT EDWARD MEDRANO " | Δ |
| | | | | | | WIT PAUL YOSHINAGA 4/5/16 | Δ |
| | | | | | | WIT KEVIN HEBERT " | Δ |
| | | | | | | WIT DENNIS CONTE | π |
| | | | | | | WIT LEAH TANNER " | π |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## Government's Witnesses List

1.  Robert Olmsted
2.  John Clark
3.  Al Gonzales
4.  Dennis Conte
5.  Peter Eliasberg
6.  Pat Maxwell
7.  Steve Roller
8.  Steve Martinez
9.  Robert Bayes
10. Mickey Manzo
11. Connie Cervantes
12. David Dahle
13. Bobby Lyons
14. Judy Gerhardt
15. Linda Farrar
16. Michelle Miller
17. Gus Academia
18. Tara Adams
19. Kathy Voyer
20. Ralph Ornelas
21. Michael Bornman
22. Gilbert Michel
23. William David Courson
24. John Powell
25. David Betkey
26. William "Tom" Carey

27.   John Torribio

28.   Leah Tanner

29.   Ruben Martinez.[1]

---

[1] The government also needs to identify an agent or an Assistant United States Attorney who would read the sworn testimony of the defendant to the jury.

4

U.S. v. Paul Tanaka , CR 15-255 PA

Defense Witness List.

Sue Bissman
Mark Lilianfeld
Larry Waldie
Cecil Rhambo
Duane Harris
Paul Yoshinaga
Ed Medrano
Rodney Lyons
Helen Hayase
Carlos Lifosjoe
Victor Cockrell
Carlos Norro
David Lam
Leroy Baca (under subpoena)

5

United States v. Tanaka
Exhibit List

| New No. | Description | Bates Nos. | Witnesses | Identified | Admitted | NOTES |
|---|---|---|---|---|---|---|
| 1 | Clark 2006 Memo | A04947 | | 3/25/16 | 3/25/16 | |
| 2 | Sheriff's Headquarters Bureau diagram | A136847 | | 3/30/16 | 3/30/16 | |
| 3 | MCJ Captain's Office diagram | A136846 | | 3/30/16 | 3/30/16 | |
| 4 | Roller 2007 Memo | | | 3/25/16 | 3/25/16 | |
| 5 | Johnson 2010 Memo | A05027-A05032 | | 3/25/16 | 3/25/16 | |
| 6 | McCorkle 2010 Memo | A132200-A132233 | | 3/25/16 | 3/25/16 | |
| 7 | TANAKA TESTIMONY TRANSCRIPT CCJB | A129845 | | 4/4/16 | | |
| 8 | | | | | | |
| 9 | Email dated 5/5/11 from James Lopez to Paul Tanaka and others re: Sheriff's Briefing | LASD_347698 | | 3/25/16 | 3/25/16 | |
| 10 | Email dated 5/29/11 from Sheriff's Headquarters Bureau Info to SHB Executive Notifications | LASD_347704 | | 3/25/16 | | |
| 11 | Email chain ending 08/15/11 at 11:01:01 AM from Judy Gerhardt to Stephen Leavins re: FW: Discovery Xerox | LASD_329154 to LASD_329164 | | 3/29/16 | 3/29/16 | |

| New No. | Description | Bates Nos. | Witnesses | Identified | Admitted | NOTES |
|---|---|---|---|---|---|---|
| 12 | Email dated 08/18/11 at 10:12 AM, from Gregory Thompson to Chris Reddington, Roberto Bayes, Gerard Smith, Jason Colon re: Briefing on Brown case | LASD_080359.096 | | 3/25/16 | 3/25/16 | |
| 13 | Email dated 08/18/11 at 1:31 PM from Gregory Thompson to Roberto Bayes | A18376 | | 3/25/16 | 3/25/16 | |
| 14 | Email dated 08/18/11 at 5:06 PM from Steven Martinez to Leroy D. Baca, re: Please call | LASD_230199 | | 3/31/16 | 3/31/16 | |
| 15 | Email dated 8/18/11 at 8:02 PM from Christopher Nee to William T. Carey, Liam Gallagher, Gregory Thompson re: Meeting | LASD_260848 | | 3/29/16 | 3/29/16 | |
| 16 | Email dated 8/18/11 at 8:59 PM from Christopher Nee to Julie Montgomery re: Sheriff's Meeting | LASD_260849 | | 3/29/16 | 3/29/16 | |
| 17 | Email dated 8/18/11 at 10:31 PM from Gregory Thompson to Christopher Nee re: Meeting | LASD_257093-94 | | 3/29/16 | 3/29/16 | |
| 18 | Email dated 8/19/11 at 10:50 AM from Gregory Thompson to Christopher Nee | LASD_257088 | | 3/29/16 | 3/29/16 | |
| 19 | Email chain ending at 08/19/11 12:05 PM from Gerard R. Smith to Mickey S. Manzo | LASD_104557 | | 3/29/16 | 3/29/16 | |
| 20 | Email dated 8/19/11 at 4:00 PM from Christopher Nee to Stephen Leavins re: Please give me a call … | LASD_260863 | | 3/29/16 | 3/29/16 | |
| 21 | Email chain ending 8/20/11 at 9:00 PM from Gregory Thompson to Crystal Miranda re: Fw: Timing | Not bates numbered | | 3/29/16 | 3/29/16 | |
| 22 | Email chain ending 8/23/11 12:19 pm from Crystal Miranda to Gregory Thompson FW: New Policy | Not bates numbered | | 3/29/16 | 3/29/16 | |

2

| New No. | Description | Bates Nos. | Witnesses | Identified | Admitted | NOTES |
|---|---|---|---|---|---|---|
| 23 | Email chain ending 8/23/11 3:58 pm from Daniel Fedele to Gregory Thompson re: YOUR 1750 QUESTION | Not bates numbered | | 3/29/16 | 3/29/16 | |
| 24 | Email chain ending 8/24/11 9:11 AM from William Gilbert to Gregory Thompson | Not bates numbered | | 3/29/16 | 3/29/16 | |
| 25 | Email chain ending at 08/24/11 9:30 AM from Cecil Rhambo to Gregory Thompson, Re: OSJ WEEKLY INTEL | LASD_238298.0153 to LASD_238298.0154 | | 3/29/16 | 3/29/16 | |
| 26 | Email dated 08/24/11 at 9:47 AM from Mickey Manzo to Gregory Thompson | Not bates numbered | | 3/29/16 | 3/29/16 | |
| 27 | Email chain ending 08/24/11 at 10:06 AM from Steven Spackman to William Carey, Re: Re | LASD_335816 | | 3/29/16 | 3/29/16 | |
| 28 | Email chain ending 8/24/11 at 11:56 AM from Gregory Thompson to Mickey Manzo and Stephen Leavins | LASD_080359.035 | | 3/29/16 | 3/29/16 | |
| 29 | Email dated 08/24/11 at 9:31 PM from Mickey Manzo to Stephen Leavins, Scott Craig, Maricela Long; Gerard Smith; and Gregory Thompson, re: ITMS Info | LASD_245415 | | | | |
| 30 | Email chain ending 08/24/11 at 9:39 PM from Gregory Thompson to Christopher Nee | LASD_257119 to LASD_257120 | | 3/29/16 | 3/29/16 | |
| 31 | Email dated 08/24/11 at 11:17 PM from Gerard Smith to Carlos Castillo; Noah Kirk; Sterling Haley; Joseph Eiland; Calvin Lane Jr.; Justin Crumlish; Jason Colon; Matthew Thompson; James Sexton; Michael Rathbun; John Bonner; Robert Staggs, CC: to Mickey Manzo; Gregory Thompson; David Gutierrez, re: Confidential | LASD_080359.007 to LASD_080359.008 | | 3/29/16 | 3/29/16 | |

3

| New No. | Description | Bates Nos. | Witnesses | Identified | Admitted | NOTES |
|---|---|---|---|---|---|---|
| 32 | Email chain ending 08/25/11 at 9:37 AM from Noah Kirk to Gerard Smith; Sterling Haley; Justin Crumlish; Calvin Lane; Joseph Eiland; Carlos Castillo; Matthew Thompson; Ryan Ortiz; Jason Pearson; James Sexton; Michael Rathbun; Robert Staggs; John Bonner, CC: to Mickey Manzo, re: RE: schedule | LASD_080359.034 | | 3/29/16 | 3/29/16 | |
| 33 | Email chain ending 8/25/11 at 11:15 AM from Kevin Goran on behalf of Leroy Baca to Christopher Nee | LASD_257131 | | | | |
| 34 | Email dated 08/25/11 at 12:45 PM from Gregory Thompson to Custody Captains; Custody Ops Lts, CC: to Custody Commander, MCJ Jail Liason re: Inmate Interviews | LASD_257127 | | 3/29/16 | 3/29/16 | |
| 35 | Email chain ending 08/26/11 at 9:39 AM from Stephen Leavins to Gregory Thompson re: Documents for Grand Jury Subpoena | LASD_348887 | | 3/29/16 | 3/29/16 | |
| 36 | Email chain ending 08/26/11 at 10:47:41 AM from Gregory Thompson to William Carey | LASD_327645 | | 3/30/16 | 3/30/16 | |
| 37 | Email chain ending 08/26/11 at 10:50 AM from Gregory Thompson to Ralph Ornelas and William Carey | LASD_258054 to LASD_258055 | | 3/30/16 | 3/30/16 | |
| 38 | Email chain ending 08/26/11 at 10:56 AM from Gregory Thompson to William Carey, re: FW: Court Order presented by Federal Officers | LASD_258057 | | 3/30/16 | 3/30/16 | |
| 39 | Email chain ending 8/26/11 at 7:48 PM from Gregory Thompson to John Bonner re: john rodrigez | Not bates numbered | | 3/29/16 | 3/29/16 | |
| 40 | Email dated 8/26/11 at 9:02 pm from Gregory Thompson to Jason Pearson Re: Jacket | Not bates numbered | | 3/29/16 | 3/29/16 | |

4

| New No. | Description | Bates Nos. | Witnesses | Identified | Admitted | NOTES |
|---|---|---|---|---|---|---|
| 41 | Email dated 8/27/11 at 2:49 pm from Gerard Smith to Carlos Castillo and others with CC to Mickey Manzo and Gregory Thompson | Not bates numbered | | 3/29/16 | 3/29/16 | |
| 42 | Email dated 8/30/11 at 5:17 am from Gregory Thompson to Stephen Leavins | Not bates numbered | | | | |
| 43 | Email dated 08/30/11 at 5:15 PM from Judy Gerhardt to Christopher Nee re: FW: FBI Subpoenas | LASD_257190 to LASD_257214 | | 3/29/16 | 3/29/16 | |
| 44 | Email chain ending at 08/30/11 at 5:16 PM from Christopher Nee to Judy Gerhardt | LASD_260878 | | 3/29/16 | 3/29/16 | |
| 45 | Email dated 8/30/11 at 6:02 pm from Paul Tanaka to Gregory Thompson | LASD_238312 | | 3/30/16 | 3/30/16 | |
| 46 | Email dated 08/30/11 at 8:07 PM from Christopher Nee to Gregory Thompson | LASD_260880 | | | | |
| 47 | Email chain ending 9/2/11 at 9:28 AM from Gregory Thompson to Gerard Smith | | | 3/29/16 | 3/29/16 | |
| 48 | Email dated 09/02/11 at 10:45 AM from Christopher Nee to Stephen Leavins | LASD_260886 - LASD_260888 | | 3/30/16 | 3/30/16 | |
| 49 | Email dated 9/3/11 at 11:03 PM from Gerard Smith to Noah Kirk and others with CC to Gregory Thompson, Mickey Manzo and David Gutierrez | Not bates numbered | | 3/29/16 | 3/29/16 | |
| 50 | Email dated 9/7/11 at 1:31 PM from Gerard Smith to Carlos Castillo and others with CC to Gregory Thompson, David Gutierrez, and Mickey Manzo | Not bates numbered | | 3/29/16 | 3/29/16 | |
| 51 | Email chain ending 9/7/11 at 3:45 pm from Gregory Thompson to William Carey re: FW: need document | Not bates numbered | | 3/30/16 | 3/30/16 | |

| New No. | Description | Bates Nos. | Witnesses | Identified | Admitted | NOTES |
|---|---|---|---|---|---|---|
| 52 | Email chain ending 09/07/11 at 5:30 PM from Christopher Nee to Stephen Leavins | LASD_260893 | | 3/31/16 | 3/31/16 | |
| 53 | Email chain ending 9/8/11 at 11:40 AM from Stephen Leavins to John Powell | (Redacted) LASD_CR-13-819 -PA_001810-12 | | 3/30/16 | 3/30/16 | |
| 54 | Email dated 9/8/11 at 2:33 PM from William Cassidy to Stephen Leavins re: sup rpt – dep caruso | LASD_CR-13-819 -PA_001118-1125 | | | | |
| 55 | Email dated 09/08/11 at 3:03 PM from Gregory Thompson to Custody Captains, Custody Commander, CC: to Cecil Rhambo, Dennis Burns, Alexander Yim, and Richard Barrantes, Subject: FBI requests for inmate interviews | LASD_258068 | | | | |
| 56 | Email dated 9/9/11 at 7:22 am from Patricia Sotelo to Stephen Leavins, John Powell, and Brian Deruyter | | | | | |
| 57 | Email dated 09/09/11 at 4:41 PM from William T. Carey to Stephen Leavins | LASD_332875 | | 3/31/16 | 3/31/16 | |
| 58 | Email dated 9/9/11 at 7:20 pm from John Powell to Stephen Leavins re: Vehicle check | (Redacted) LASD_CR-13-819 -PA_001105 | | 3/30/16 | 3/30/16 | |
| 59 | Email chain ending 09/12/11 at 9:43 AM, with email from William T. Carey to Scott Craig, Maricela Long, CC: to Stephen Leavins, re: FW: Retaliation allegations list | LASD_CR-13-819 -PA_002030 to LASD_CR-13-819 -PA_002039 | | 3/31/16 | 3/31/16 | |
| 60 | Email chain ending 9/12/11 at 11:20 AM from James Sexton to Sean Geske, CC: Gregory Thompson, Gerard Smith | LASD_350487 | | 3/31/16 | 3/31/16 | |
| 61 | Email chain ending 09/12/11 at 12:55 PM from Eliel Teixeira to James Sexton, Subject: RE: Operation Pandora's Box | A51690.0000621 to A51690.0000622 | | 3/31/16 | 3/31/16 | |

6

| New No. | Description | Bates Nos. | Witnesses | Identified | Admitted | NOTES |
|---|---|---|---|---|---|---|
| 62 | Email dated 09/12/11 at 3:42 PM, from Gerald Cooper to Stephen Leavins | (Redacted) LASD_CR-13-819 -PA001076 | | 3/31/16 | 3/31/16 | |
| 63 | Email chain ending 09/12/11 at 6:28 PM, from James Sexton to Raymond Cardenas, CC: Gregory Thompson, David Gutierrez, William Gilbert, Eliel Teixeria, Giovanni Paterno, Jason Pearson, Mickey Manzo, Gerard Smith, re: Brown, Anthony #2874104 | LASD_080359.00 1 | | 3/31/16 | 3/31/16 | |
| 64 | Email dated 09/13/11 at 12:43 PM from Gerard Smith to Carlos Castillo, Jason Colon, Justin Crumlish, Joseph Eiland, Sterling Haley, Noah Kirk, Calvin Lane Jr., Ryan Ortiz, Jason Pearson, Michael Rathbun, James Sexton, Matthew Thompson; CC: to Mickey Manzo; re: SECURITY DETAIL | LASD_080359.03 6 | | | | |
| 65 | Email dated 09/13/11 at 3:48 PM from Stephen Leavins to William T. Carey | LADS_258069 | | 3/31/16 | 3/31/16 | |
| 66 | Email dated 9/13/11 at 4:25 PM from William T. Carey to Christopher Nee | LASD_257254 | | 3/31/16 | 3/31/16 | |
| 67 | Email dated 9/13/11 at 4:34 PM from William T. Carey to Christopher Nee | LASD_257255 | | 3/31/16 | 3/31/16 | |
| 68 | Email dated 9/14/11 at 11:48 AM from William T. Carey to Christopher Nee | LASD_257259 | | 3/31/16 | 3/31/16 | |
| 69 | Email dated 09/24/11 at 10:33 PM, from Mickey Manzo to Scott Craig, Maricela Long, CC: to Stephen Leavins, Gerard Smith, re: FW: FBI probing reports of beatings in L.A. County jails | (Redacted) LASD_CR-13-819 -PA_001996 | | | | |

7

| New No. | Description | Bates Nos. | Witnesses | Identified | Admitted | NOTES |
|---|---|---|---|---|---|---|
| 70 | Email dated 9/25/11 at 9:20 am from Paul Tanaka to Stephen Leavins and William T. Carey re: FBI investigating reports of beatings in Los Angeles County jails – latimes.com | LASD_327477 | | 3/31/16 | 3/31/16 | |
| 71 | Email chain ending 09/25/11 at 10:33 AM, with email from Paul Tanaka, to Stephen Leavins, Subject: RE: Justice Department boosts activity to police the police | LASD_329089 to LASD_329091 | | 3/31/16 | 3/31/16 | |
| 72 | Email dated 09/26/11 at 6:39 PM, from Scott Craig to Stephen Leavins, re: Emailing: Marx 09-26-11 | LASD_CR-13-819-PA_000812 | | 3/31/16 | 3/31/16 | |
| 73 | Email dated 09/27/11 at 9:41 AM from Christopher Nee to Ralph Ornelas to Christopher Nee. Subject: RE: FBI Agents | LASD_257330 | | 3/30/16 | 3/30/16 | |
| 74 | McCorkle 9/1/11 email | G07916 | | 4/4/16 | | |
| 75 | Ornelas 8/30/11 email to Adams re U Okay | LASD 360551 | | | | |
| 76 | Tanaka-Leavins Email 9/7/11 | LASD 376478 | | | | |
| 77 | Tanaka-Leavins Email 9/8/11 | LASD 376479 | | | | |
| 78 | Tanaka-Leavins Email 08/29/11 re: Gilbert Michel's schedule | LASD_376586 | | 4/4/16 | 4/4/16 | |
| 79 | Rhambo Email 11/09/2011 | | | | | |
| 80 | Recording of Anthony Brown Interview 08/19/11 | | | | | |

8

| New No. | Description | Bates Nos. | Witnesses | Identified | Admitted | NOTES |
|---|---|---|---|---|---|---|
| 81 | Recording of Anthony Brown Interview 08/19/11 Excerpts | | | 3/29/16 | 3/29/16 | |
| 82 | Transcript of Anthony Brown Interview 08/19/11 Excerpts | | | | | |
| 83 | Recording of Anthony Brown Interview 08/21/11 a.m. | | | | | |
| 84 | Recording of Anthony Brown Interview 08/21/11 a.m.   Excerpts | | | 3/29/16 | 3/29/16 | |
| 85 | Transcript of Anthony Brown Interview 08/21/11 a.m. Excerpts | | | | | |
| 86 | Recording of Anthony Brown Interview 08/23/11 | | | | | |
| 87 | Recording of Anthony Brown Interview 08/23/11 Excerpts | | | 3/29/16 | 3/29/16 | |
| 88 | Transcript of Anthony Brown Interview 08/23/11 Excerpts | | | | | |
| 89 | Recording of Anthony Brown Interview 08/24/11, Part 1 | | | | | |
| 90 | Recording of Anthony Brown Interview 08/24/11, Part 2 | | | | | |
| 91 | Recording of Anthony Brown Interview 08/24/11 Excerpts | | | 3/29/16 | 3/29/16 | |

| New No. | Description | Bates Nos. | Witnesses | Identified | Admitted | NOTES |
|---|---|---|---|---|---|---|
| 92 | Transcript of Anthony Brown Interview 08/24/11 Excerpts | | | | | |
| 93 | Recording of Anthony Brown Interview 08/26/11 | | | | | |
| 94 | Recording of Anthony Brown Interview 08/26/11 Excerpts | | | 3/29/16 | 3/29/16 | |
| 95 | Transcript of Anthony Brown Interview 08/26/11 Excerpts | | | | | |
| 96 | Recording of Anthony Brown Interview 09/2/11 | | | 3/29/16 | 3/29/16 | |
| 97 | Transcript of Anthony Brown Interview 09/2/11 | | | | | |
| 98 | Recording of William Courson Interview 08/30/11 | LASD_105344 | | 3/31/16 | 3/31/16 | |
| 99 | Transcript of William Courson Interview 08/30/11 | | | | | |
| 100 | Recording of Gilbert Michel Interview 08/30/11, part 1 | LASD_105344 | | | | |
| 101 | Recording of Gilbert Michel Interview 08/30/11, part 2 | | | | | |
| 102 | Recording of Gilbert Michel Interview 08/30/11 Excerpts | | | 3/31/16 | 3/31/16 | |

10

| New No. | Description | Bates Nos. | Witnesses | Identified | Admitted | NOTES |
|---|---|---|---|---|---|---|
| 103 | Transcript of Gilbert Michel Interview 8/30/11 Excerpts | | | 3/31/16 | | |
| 104 | Recording of Phone Message from Scott Craig to Leah Marx, 09/09/11 | LASD_105346 | | 3/31/16 | 3/31/16 | |
| 105 | Transcript of Phone Message from Scott Craig to Leah Marx, 09/09/11 | | | | | |
| 106 | Video Recording of Approach of Leah Marx, 09/26/11 | LASD_298475 | | 3/31/16 | 3/31/16 | |
| 107 | Audio Recording of Approach of Leah Marx, 09/26/11 | | | 3/31/16 | 3/31/16 | |
| 108 | Transcript of Recording of Approach of Leah Marx, 09/26/11 | A112782 to A112783 | | | | |
| 109 | Synched audio, video and transcript of Approach of Leah Marx, 09/26/11 | | | 3/31/16 | 3/31/16 | |
| 110 | Recording of Phone Call from Carlos Narro to Maricela Long, 09/26/11 | | | 3/31/16 | 3/31/16 | |
| 111 | Transcript of Phone Call from Carlos Narro to Maricela Long, 09/26/11 | A112784-85 | | 3/31/16 | 3/31/16 | |
| 112 | ACLU Letter to Baca October 28, 2009 | A135273-75 | | 3/25/16 | 3/25/16 | |
| 113 | ACLU Annual Report May 5, 2010 | A134761-5104 | | 3/25/16 | 3/25/16 | |

11

| New No. | Description | Bates Nos. | Witnesses | Identified | Admitted | NOTES |
|---|---|---|---|---|---|---|
| 114 | *Rutherford v. Baca*, Notice of Filing of Report, September 9, 2010 | | | 3/25/16 | 3/25/16 | |
| 115 | *Rutherford v. Baca*, Plaintiffs' Supplemental Filing, February 7, 2011 | | | 3/25/16 | 3/25/16 | |
| 116 | ACLU Letter to Baca, July 20, 2011 | A135338-39 | | | | |
| 117 | | | | | | |
| 118 | | | | | | |
| 119 | Los Angeles County Sheriff's Department Technical Operations Documents | LASD 360660 | | 3/30/16 | 3/30/16 | |
| 120 | Grand jury subpoenas LASD received from June to October 2011 | | | 3/30/16 | 3/30/16 | |
| 121 | Inmate Release Processing Record for Inmate Anthony Brown, Booking Number 2009547 | LASD_080458 | | 3/30/16 | 3/30/16 | |
| 122 | Copy of Records Jacket for Inmate Anthony Brown, Booking Number 2009547 | LASD_080362 to LASD_080465 | | 3/30/16 | 3/30/16 | |
| 123 | Copy of Records Jacket for Inmate Anthony Brown, Booking Number 2874104 | A080459-A080494 | | 3/30/16 | 3/30/16 | |
| 124 | Inmate Total Movement History Record for Inmate Anthony Brown, Booking Number 2009547, printed on 01/19/12 | LASD_080516 | | 3/30/16 | 3/30/16 | |

| New No. | Description | Bates Nos. | Witnesses | Identified | Admitted | NOTES |
|---|---|---|---|---|---|---|
| 125 | Booking record for "John Rodriguez," Booking Number 2855633 | A45203 to A45216 (produced by LASD at LASD_208271 -208284) | | 3/30/16 | 3/30/16 | |
| 126 | Inmate Information Center Record for "John Rodriguez," Booking Number 2855633 | LASD_080602 to LASD_080603 | | 3/30/16 | 3/30/16 | |
| 127 | Inmate Total Movement for "John Rodriguez," Booking Number 2855633 | LASD_080514 | | 3/30/16 | 3/30/16 | |
| 128 | Booking record for "Kevin King," Booking Number 2856795 | LASD 192751 to 192770 | | 3/30/16 | 3/30/16 | |
| 129 | Inmate Information Center Records for "Chris Johnson," Booking Number 2863148 | LASD_080604 to LASD_080605 | | 3/30/16 | 3/30/16 | |
| 130 | Inmate Total Movement History Record for "Chris Johnson," Booking Number 2863148 | LASD_080511 to LASD_080513 | | 3/30/16 | 3/30/16 | |
| 131 | Inmate Information Center Record for Inmate Anthony Brown, Booking Number 2874104, printed on 1/24/12 | LASD_080600 to LASD_080601 | | 3/30/16 | 3/30/16 | |
| 132 | Inmate Information Center Record for Inmate Anthony Brown, Booking Number 2009547, printed 08/26/11 | A112243 | | 3/31/16 | 3/31/16 | |
| 133 | Calendar Book for 2011, including for 08/22/11 to 08/31/11 | LASD_324108-109 LASD_324180-182 LASD_324233 (Not LASD_245353 to LASD_245357) | | 3/29/16 | 3/29/16 | |
| 134 | "Daily Activities" Notebook | | | 3/29/16 | 3/29/16 | |
| 135 | "G" Notebook | | | 3/29/16 | 3/29/16 | |

13

| New No. | Description | Bates Nos. | Witnesses | Identified | Admitted | NOTES |
|---|---|---|---|---|---|---|
| 136 | "DONE 11-1-11" Notebook | | | 3/29/16 | 3/29/16 | |
| 137 | Manzo email re Cell Phone INV Timeline – 8/19/11 | LASD 080359.126-.128 | | | | |
| 138 | | | | | | |
| 139 | | | | | | |
| 140 | Statement of Probable Cause of Affiant Sergeant Scott A. Craig | LASD_234185 to LASD_234188 | | 3/31/16 | 3/31/16 | |
| 141 | Proposed Order for Investigative Records, dated 09/07/11, denied "Court has no jurisdiction over any federal agency," 09/08/11 | LASD_234183 to LASD_234184 | | 3/31/16 | 3/31/16 | |
| 142 | Special Operations Group Surveillance Log of Target Leah Marx, 09/13/11 | LASD_105345.0001 | | 4/1/16 | 4/1/16 | |
| 143 | Special Operations Group Surveillance Log of Target Leah Marx, 09/14/11 | LASD_105345.0012 | | | | |
| 144 | Special Operations Group Surveillance Log of Target Leah Marx, 09/26/11 | LASD_105345.0023 | | | | |
| 145 | Special Operations Group Surveillance Log of Target Leah Marx, 09/28/11 | LASD_105345.0034 | | | | |
| 146 | S.O.G. Weekly Report 08/29/11 | LASD_298776 | | ↓ | ↓ | |
| 147 | S.O.G. Weekly Report 09/05/11 | LASD_298476 | | 4/1/16 | 4/1/16 | |

14

| New No. | Description | Bates Nos. | Witnesses | Identified | Admitted | NOTES |
|---|---|---|---|---|---|---|
| 148 | S.O.G. Weekly Report 09/12/11 | LASD_298477 | | 4/1/16 | 4/1/16 | |
| 149 | S.O.G. Weekly Report 09/19/11 | LASD_298474 | | 4/1/16 | 4/1/16 | |
| 150 | S.O.G. Weekly Report 09/25/11 | LASD_298475 | | 4/1/16 | 4/1/16 | |
| 151 | LASD Surveillance Request by Sgt. Craig for Surveillance of David C. Lam | LASD_285701 to LASD_285702 | | 4/1/16 | 4/1/16 | |
| 152 | Special Operations Group Surveillance Log of Target David Lam, 09/28/11 and 09/29/11 | LASD_285711 to LASD_285712 | | 4/1/16 | 4/1/16 | |
| 153 | ICIB Task Force Weekly Report: 09/11/11 to 09/17/11 | LASD_320246.0258 to LASD_320246.0261 | | 3/30/16 | 3/30/16 | |
| 154 | ICIB Report re: Gilbert Emanuel Michel | LASD_104481 to LASD_104572 | | | | |
| 155 | Handwritten Letter from Inmate Anthony Brown to Lt. Steve & Capt. Tom, Sgt. Long, Sgt. Grey, dated 09/03/11 | LASD_234141 to LASD_234165 | | 3/30/16 | 3/30/16 | |
| 156 | PHONE SUMMARIES | | | 4/5/16 | 4/5/16 | |
| 157 | PHONE SUMMARIES | | | 4/5/16 | 4/5/16 | |
| 158 | PHONE SUMMARIES | | | 4/5/16 | 4/5/16 | |

15

| New No. | Description | Bates Nos. | Witnesses | Identified | Admitted | NOTES |
|---|---|---|---|---|---|---|
| 159 | | | | | | |
| 160 | Federal Court Writ for the Grand Jury Testimony of Anthony Brown, dated 08/25/11 | A110893 - A110906 | | 3/30/16 | 3/30/16 | |
| 161 | Email dated 08/26/11 from Yolanda Baines to Lawrence Middleton | A76002 | | | | |
| 162 | Phone records for US Marshal Service fax machines | A78938, A78967, A85378, A88383-A85384 | | 3/30/16 | 3/30/16 | |
| 163 | Phone record for LASD Inmate Reception Center fax machine | A85349, A85353-A85358 | | 3/30/16 | 3/30/16 | |
| 164 | AT&T Records of 909-815-8064 (Gerard Smith) | A46046, A47038 – A49047 | | 3/31/16 | 3/31/16 | |
| 165 | AT&T Records of 323-683-7618 (Maricela Long) | A85404, A85409-741 | | | | |
| 166 | Verizon Records of 714-803-1197 (Scott Craig) | | | | | |
| 167 | Verizon Records of 323-574-1782 (Scott Craig), 323-693-6570 (Greg Thompson), 323-819-0185 (Maricela Long) | A87010-19, 23-26, 29-31, 39-48, 51-63, 71-81, 87-93 | | | | |
| 168 | Verizon Records of 323-243-4099 (Stephen Leavins) | | | | | |
| 169 | Verizon Records of 562-318-4637 (Mickey Manzo) | | | 3/31/16 | 3/31/16 | |

16

| New No. | Description | Bates Nos. | Witnesses | Identified | Admitted | NOTES |
|---|---|---|---|---|---|---|
| 170 | Tanaka summary Chart of Phone Records 8/2/11 to 9/30/11 | | | 3/31/16 | 3/31/16 | |
| 171 | Tanaka – Verizon records August-Sept 2011 | A130702-A130709 | | 3/31/16 | 3/31/16 | |
| 172 | Phone summary chart for select days: 8/23/11, 8/25/11, 8/26/11, 8/30/11, 9/8/11, 9/9/11, 9/26/11 | | | 3/31/16 | 3/31/16 | |
| 173 | Pages from MCJ Roster | LASD_127748 - LASD_127754 | | 3/30/16 | 3/30/16 | |
| 174 | Pages from TTCF Phone Roster | LASD_281674- LASD_281675 | | 3/30/16 | 3/30/16 | |
| 175 | Page from TTCF Roster 2011 | LASD_281679 | | 3/30/16 | 3/30/16 | |
| 176 | Custody Ops HQ Cell Phone Roster | LASD_282077 | | 3/30/16 | 3/30/16 | |
| 177 | Cell Phone Roster | LASD_298571- LASD_298578 | | 3/30/16 | 3/30/16 | |
| 178 | Administrative Phone Roster | LASD_298582 - LASD_298585 | | 3/30/16 | 3/30/16 | |
| 179 | Executives Roster | LASD 298587- LASD_298593 | | 3/30/16 | 3/30/16 | |
| 180 | LASD Landline Phone Roster | LASD_348890 - LASD_348914 | | | | |

| New No. | Description | Bates Nos. | Witnesses | Identified | Admitted | NOTES |
|---|---|---|---|---|---|---|
| 181 | Summary Chart with Phone Numbers Associated with LASD | | | 3/31/16 | 3/31/16 | |
| 182 | Tanaka GJ Transcript 12/19/12 | G04729-G04859 | | 4/1/16 | 4/1/16 | |
| 183 | Tanaka trial transcript – Sexton 1 | Not Bates numbered | | 4/1/16 | 4/1/16 | |
| 184 | Trial Transcript – Ruben Martinez (U.S. v. Thompson - June 6, 2014) | Not Bates numbered | | | | |
| 185 | Michel Plea Agreement | M00082-M00106 | | | | |
| 186 | EMAIL | | | 3/30/16 | 3/30/16 | |
| 187 | TANAKA TESTIMONY SEXTON TRIAL 5/16/14 pg 907-908 | | | 4/4/16 | | |
| 188 | | | | | | |
| 189 | | | | | | |
| 190 | Stipulation re LASD emails | | | 3/25/16 | | |
| 191 | Stipulation re Recordings | | | 3/29/16 | | |

18

| New No. | Description | Bates Nos. | Witnesses | Identified | Admitted | NOTES |
|---------|-------------|------------|-----------|------------|----------|-------|
| 192 | Stipulations re Phone Records | | | 3/30/16 | | |
| 193 | Stipulation re Tanaka Previous Testimony | | | 4/1/16 | | |
| 194 | Stipulation re ACLU Filings and Correspondence with the LASD | | | 3/25/16 | | |
| 195 | TANAKA FULL GRAND JURY TRANSCRIPT | | | 4/4/16 | | |
| 196 | KPCC ARTICLE | | | 4/4/16 | | |
| 197 | | | | | | |
| 198 | | | | | | |
| 199 | | | | | | |
| 200 | Grand Jury Transcript – Robert Lyons (July 31, 2013) | G08935-G08998 | | | | |
| 201 | Grand Jury Transcript – Mickey Manzo (Nov. 19, 2014) | G12468-G12715 | | 3/29/16 | | |
| 202 | Grand Jury Transcript – Gasat Academia (Oct. 17, 2012) | G04056-G04284 | | | | |
| 203 | Trial Transcript – Gus Academia (U.S. v. Thompson - May 30, 2014) | | | | | |

19

| New No. | Description | Bates Nos. | Witnesses | Identified | Admitted | NOTES |
|---|---|---|---|---|---|---|
| 204 | Grand Jury Transcript – Ruben Martinez (Sept. 18, 2013) | G11395-G11537 | | | | |
| 205 | Tanaka trial transcript - Thompson | | | 4/1/16 | 4/1/16 | |
| 206 | | | | | | |
| 207 | | | | | | |
| 208 | | | | | | |
| 209 | | | | | | |
| 210 | | | | | | |

20

# UNITED STATES DISTRICT COURT
## Case # CR 15-255-PA

UNITED STATES OF AMERICA

v.

PAUL TANAKA

| NUMBER | EXHIBITS/DESCRIPTION |
|--------|----------------------|
| 300 | California Penal Codes |
| 301 | Code of Ethics |
| 302 | Core Value Statement |
| 303 | Creed |
| 304 | Mission Statement |
| 305 | Business Card Back *(OUR CORE VALUES)*    4/1/16      4/1/16 |
| 306 | Directives 2008 |
| 307 | Directives 2009 |
| 308 | Roller Memo re 2007 Tanaka visit |
| 309 | CCJV Report |
| 310 | LASD ORG chart    4/1/16      4/1/16 |
| 311 | 2010 Maxwell POE Complaint    3/25/16      3/25/16 |
| 312 | Paul Tanaka - Email re The Grey Area |
| 313 | Photo |
| 314 | Photo |

# UNITED STATES DISTRICT COURT
## Case # CR 15-255-PA

UNITED STATES OF AMERICA

v.

**PAUL TANAKA**

| NUMBER | EXHIBITS/DESCRIPTION |
|--------|---------------------|
| 315 | Photo |
| 316 | Photo |
| 317 | Photo                    4/4/16 |
| 318 | Photo |
| 319 | Photo |
| 320 | Photo |
| 321 | Photo |
| 322 | Photo |
| 323 | Photo |
| 324 | Photo - Exemplary Service Award Recients.3.8.2010 |
| 325 | Photo - Gardena Councilman 4.14.002 and Lions Club Event |
| 326 | Photo - LNX STN Farewell Luncheon.8.14.96 |
| 327 | Photo - Mayor Paul K. Tanaka.5.22.2005 |
| 328 | Photo - Paul Tanaka with Cecil Rhambo |
| 329 | Photo - Special Problem Unit.3.8.10 |

# UNITED STATES DISTRICT COURT
## Case # CR 15-255-PA

UNITED STATES OF AMERICA

v.

PAUL TANAKA

| NUMBER | EXHIBITS/DESCRIPTION |
|--------|----------------------|
| 330 | Photo - Tanaka Sheriff.(1) |
| 331 | Photo - Tanaka Sheriff.(2) |
| 332 | Photo - Tanaka Sheriff.(3) |
| 333 | Photo - Undersheriff Paul Tanaka 9.14.2011 |
| 334 | Olmstead Email re Deputy Complaint Statement |
| 335 | Email re LASD MEETING |
| 336 | Email from Bonner to Thompson |
| 337 | Rhambo email and memos re Visiting Rules |
| 338 | Thompson email re Court Order Presented By |
| 339 | Email Re Sheriffs Deputies Assigned to FBI Task Force |
| 340 | Email re Pandora's Box.2OCR |
| 341 | Marx to Narro (Internal FBI Emails) |
| 342 | Martinez e-mail Cha! |
| 343 | Steven Martinez emails with USAO&FBI |
| 344 | Olmstead Notes to MCJ |

**UNITED STATES DISTRICT COURT**
**Case # CR 15-255-PA**

UNITED STATES OF AMERICA

v.

**PAUL TANAKA**

| NUMBER | EXBIBITS/DESCRIPTION | | |
|--------|----------------------|---|---|
| 345 | FBI Insert re Protect CHS | | |
| 346 | FBI - Cell Phones as Prison Contraband | 4/1/16 | |
| 347 | Manzo J and C | | |
| 348 | Release of AB Booking Package | 3/30/16 | |
| 349 | SMS Messages 8.5.2011 | | |
| 350 | Memo Booking Package Released to FBI | | |
| 351 | Order Taking Away AB Privileges (ICIB - AB Report) | 3/29/16 | 3/29/16 |
| 352 | September 26, 2011 Letter Baca to Birotte  (REDACTED) | 4/4/16 | 4/4/16 |
| 353 | Martinez 302 | | |
| 354 | Michel Plea Agreement | | |
| 355 | Michel Plea Agreement | | |
| 356 | Maxwell Supplemental Information Sheet (Pre-AB Section) | | |
| 357 | Personal File Violations Gonzales (Pre-AB Section) | | |
| 358 | 2015 U.S.S.G. 5K1.1(1) | | |
| 359 | ORNELAS  GRAND  JURY  TRANSCRIPT (PORTION) 3/30/16 | | |

## UNITED STATES DISTRICT COURT
### Case # CR 15-255-PA

UNITED STATES OF AMERICA

v.

**PAUL TANAKA**

| NUMBER | EXHIBITS/DESCRIPTION |
|---|---|
| 360 | EMAILS - TANAKA é LEVINS        4/1/16        4/1/16 |
| 361 | EMAILS        4/1/16        4/1/16 |
| 362 | EMAIL  YOSHINAGA to LEAVINS        4/1/16 |
| 363 | STIP RE: FBI REPORT        4/1/16 |
| 364 | |
| 365 | |
| 366 | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |