EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No.290409)
Chief, Public Corruption & Civil Rights Section
LIZABETH A. RHODES (Cal. Bar No. 155299)
Chief, General Crimes Section
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
General Crimes Section
Assistant United States Attorneys
    1500/1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0284/3541/4849
    Facsimile: (213) 894-7631
    E-mail:    Brandon.Fox@usdoj.gov
               Lizabeth.Rhodes@usdoj.gov
               Eddie.Jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 15-255-PA |
|---|---|
| Plaintiff, | SUPPLEMENT TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR BAIL PENDING APPEAL |
| v. | |
| PAUL TANAKA, | Hearing Date: September 28, 2016 |
| Defendant. | |

Plaintiff, United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Brandon D. Fox, Lizabeth A. Rhodes, and Eddie A. Jauregui, hereby files this supplement to its Response to Defendant's Motion for Bail Pending Appeal (Dkt. 193.)

In its initial Response, the government noted that while it did not believe defendant had raised a substantial question that may result in reversal on appeal, defendant had raised a number of issues that were, at that time, pending before the Ninth Circuit in United States v. Gerard Smith, 14-50440.  Accordingly, the government recommended that the Court grant defendant bail pending appeal while the Ninth Circuit considered Smith and then order a status conference on the issue after Smith was decided.

On August 4, 2016, the Ninth Circuit issued two rulings in Smith, rejecting every argument raised by the defendants and affirming their convictions.[1]  See United States v. Smith, --- F.3d ----, 2016 WL 4137634, (9th Cir. Aug. 4, 2016) (addressing jury instruction issues); United States v. Smith, --- F.3d ----, 2016 WL 4138247, (9th Cir. Aug. 4, 2016) (unpublished) (addressing evidentiary and other issues).  In light of the Circuit's rulings, and because defendant has not otherwise raised a substantial

//

//

//

//

//

//

---

[1] Defendants Gerard Smith, Maricela Long, Gregory Thompson, Mickey Manzo, Scott Craig, and Stephen Leavins were tried together and were "Joint Appellants" on appeal, while defendant James Sexton was tried separately and appealed individually.  The Ninth Circuit's rulings addressed the appeals of all seven defendants.

question that may result in reversal on appeal, the government opposes defendant's request for bail pending appeal and requests that defendant be remanded and begin serving his sentence.

DATED: September 20, 2016          Respectfully Submitted,

                                   EILEEN M. DECKER
                                   United States Attorney

                                   LAWRENCE S. MIDDLETON
                                   Assistant United States Attorney
                                   Chief, Criminal Division


                                     /s/ *Eddie A. Jauregui*_____
                                   BRANDON D. FOX
                                   LIZABETH A. RHODES
                                   EDDIE A. JAUREGUI
                                   Assistant United States Attorneys
                                   Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA

3